■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BUNCH, Appellant. [616 NYS2d 231] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered October 30, 1991, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that the trial court erred in failing to respond meaningfully to a request for further instruction by the jury when it indicated it was at an impasse at 10:30 P.M., after approximately 6½ hours of deliberation, and asked for advice. In any event, the court's action in directing sequestration and instructing that deliberations cease until the next morning was appropriate under the circumstances.

In addition, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Lawrence, J. P., O'Brien, Friedmann and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON HENRIQUEZ, Appellant. [616 NYS2d 233] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 21, 1992 *(People v Henriquez,* 188 AD2d 617), modifying a judgment of the Supreme Court, Queens County (Chetta, J.), rendered December 13, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Thompson, J. P., Miller, Lawrence, O'Brien and Ritter, JJ., concur.